■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHANE PEEK, Appellant. [738 NYS2d 617] —Appeal from a judgment of Monroe County Court (Maloy, J.), entered January 20, 2000, convicting defendant upon his plea of guilty of criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from be

and the same hereby is unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733, 737). Present—Pigott, Jr., P.J., Hayes, Hurlbutt, Kehoe and Burns, JJ.